

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
09/11/2017

| | | |
|---|---|---|
| In re:  Mauricio Cepeda | § | |
| | § | CASE NO. 17-50129 |
| | § | |
| Debtor(s) | § | Chapter 13 |

## 2nd Amended ORDER FOR ACH PAYMENTS AND DEBTOR(S)' CERTIFICATION

On September 8, 2017, the debtor(s) enrolled in the chapter 13 trustee's Automated Debit Payment program that works through the Automated Clearing House network (the "ACH Program"). The debtor(s) have submitted a certification of eligibility to enroll in the ACH Program. The debtor(s) understand that chapter 13 plan payments must be made by ACH to the chapter 13 trustee. The debtor(s) are responsible for assuring that sufficient funds are available for the trustee to withdraw on the available ACH date or dates chosen by the debtor(s). It is therefore

ORDERED that the debtor(s) are ordered to pay $1,286.67 each month to the chapter 13 trustee by ACH. It is further

ORDERED that within 7 days of entry of this Order, the debtor(s) shall submit to the trustee, an Authorization Agreement for Automatic Debit Origination along with an original voided check; and it is further

ORDERED that the debtor(s) may not terminate the automatic debit (ACH) except as further ordered by the Court.

Signed: September 11, 2017

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

## DEBTOR'S CERTIFICATION OF ELIGIBILITY

The debtor(s) certify that the debtor(s) are self employed or do not receive wage or salary income in an amount equal to or greater than the debtor(s)' monthly plan payment. To evidence the debtor(s)' enrollment, the debtors have sent the chapter 13 trustee an Authorization Agreement for Automatic Debit Origination form with an original voided check.

Date: September 8, 2017

/s/ Mauricio Cepeda
Debtor